Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name:   **Christopher Lynch**          Grievance Number:   154502

GDC #:   **1000768589**          Facility:   **Valdosta State Prison**

RESPONSE TO GRIEVANCE:

Dr. Moody reports that you have not provided appropriate medical records to enable him to address your transgender situation.  You state in your grievance that you were on estrogen and testosterone blockers for years but not under the constant supervision of a physician.  This sounds as if you were not always obtaining medications appropriately.   Medications provided at this facility require the supervision of the prison physician and if medically indicated, Dr. Moody will follow appropriate protocol.  In the interim, he states that side effects may occur from the use of hormone therapy but the lack of them would not cause the illnesses that you state you are in fear of.  I can find nothing to support your claim.

EXIBIT A

_____          _____
Warden's/Superintendent's signature          (date)
8/28/13

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____          _____
Offender's signature          (date)

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

September 09, 2013

You can submit a request for Health Services to be seen in medical for any medical concerns. Dependent upon your need for service you will be seen by either a sick call nurse or one of our medical providers. You may submit a grievance, co-pay appeal or a letter to me expressing your concerns.

Vicki Barron, RN, BSN, M.Ed, HSA

Thank you, Vicki Barron, Health Services Administrator



EXHIBIT C

CONFIDENTIAL

Attachment 1
SOP IIB05-0001

Offender GRIEVANCE FORM (Facsimile)

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME Christopher Lynch          OFFENDER NUMBER 1000768584

INSTITUTION Valdosta SP  537          GRIEVANCE NUMBER 154502

DATE COMPLETED FORM RECEIVED FROM OFFENDER   8/5/13   BY O. Humphu

DATE APPEAL RECEIVED                                    BY

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: I am a transgender inmate that has both medical and psycho-emotional concerns and suffering stemming from not being permitted gender-affirming therapies and treatments. I have been on estrogen and testosterine blockers for years, but not under the constant supervision of a physician. Not being allowed to engage in treatment is making me sick, both mentally and physically. I've been experiencing bruising, vomiting, pain in legs and chest, nausea, acid reflux, dizziness and headaches. At Johnson State Prison I had requested to see the encrondologist, the Dr. there said after my Doppler Study, but the Dr. here won't refer me to the specialist. And I'm not given gender-affirming treatments or therapy sessions. I can get more sick from this.

RESOLUTION REQUESTED:

I'm requesting gender-affirming treatments and therapies and a referral to the encrondologist

Christopher H.                    8/5/13

OFFENDER Signature                Date

Is this grievance being filed within the 10 day time limit? Please answer ⊙ Yes or ○ No . If the answer is No, please explain why.

Sept. 3, 2013
Valdosta State Prison
Mental Health Department                EXIBIT D

Dear Mr. McCoy,

I am writing to request that you make an entry in my institutional file stating that I have asked on several (at least 3) occassions to be evaluated for ID and provided psychotherapies. Please also note that Dr. Billy Nichols denied those requests, per what you told me on our meeting on 8/9/13. This is really important, so please let me know when you do this.

Thank you.

Respectfully,
Christopher Lynch
GDC#1007688

EXIBIT E

8/29/13

Valdosta State Prison
Office of Raymond Moody, M.D.

Dear Dr. Moody,

I am writing to ask that you write a statement concerning my issue, who said what, when and why. I need to keep records of everything. Please find enclosed a statement form which upon completion needs to be notarized. Ms. Williams in the library can be of assistance. I'd appreciate getting the statement as soon as possible. Thank you.

Respectfully,

Christopher A. Lynch, MS.D., O.M.
GDC# 1000768684

P.S. please write as legibly as possible, as the Court will need to easily discern the content of your statement.

8/29/13
Valdosta State Prison
Attention of Kelvin McCoy

EXIBIT F

Dear Mr. McCoy,

I am writing to ask that you write a statement concerning my problem, how I asked for treatment such as psychotherapy for GID, who you talked to, who said no, who said what when and why. I also need another statement that identifies who you are, what you qualifications are (psychotherapist) and that in your opinion I meet the criteria for GID. This will help me against Dr. Nichols if I have to litigate. Please have both statements notarized. Ms. William in the library can be of assistance. I'd appreciate getting these statements as soon as possible. Thank you.

Respectfully,

Christopher A. Lynch, MS.D.,O.M.
GDC#1000768589

P.S. please write as legibly as possible, as the Court will need to easily discern the content of your statement.

REQUEST FOR INDIGENT POSTAGE

SOP IIB04-0001
(9/15/09)

(   ) NON-LEGAL FIRST CLASS POSTAGE (Maximum -- three)

AMOUNT

(  3  ) LEGAL POSTAGE (Maximum -- five)

AMOUNT

3 NLM

(   ) SPECIAL MAILING (Maximum -- one)

Valdosta State Prison
Received
AUG ~ 0
Business Office

I fully understand that the funds for the purchase of Indigent Postage will be a loan from the Inmate Benefit Fund. I receive any funds to my account, I will be required to reimburse the Inmate Benefit Fund in accordance with SOP IIB04-0001, Inmate Mail and Receipt of Funds.

Christopher Lynch
INMATE/PROBATIONER NAME

1000768589
GDC NUMBER

D-1
DORM

INMATE/PROBATIONER SIGNATURE

8/19/13
DATE

SIGNATURE OF VERIFYING STAFF

DATE

EXHIBIT G

********************************************* TO BE COMPLETED

BY MAIL ROOM STAFF

NON-LEGAL POSTAGE USED:

| DATE | MAILED TO | AMOUNT |
|------|-----------|--------|

LEGAL POSTAGE USED:

| DATE | MAILED TO | AMOUNT |
|------|-----------|--------|
| 8/19/13 | Jail house Lawyers Hand book | .46 |
| 8/19/13 | Ga. Dept. of corrections State office | .46 |
| 8/19/13 | Ga. Dept. of corrections Dr. S. Lewis | .46 |

SPECIAL MAILING:

| DATE | MAILED TO | AMOUNT |
|------|-----------|--------|

TOTAL POSTAGE USED: 1.38

SIGNATURE OF MAIL ROOM STAFF

C: Mail Room
    Bookkeeping
    Inmate/Probationer File

RETENTION SCHEDULE:
on completion, this form will be placed in the inmate/probationer case history file.

①

August 20, 2013

Carbon Copy

Georgia Department
of Corrections.

P.O. Box 1529

Forsyth, GA. 31029

EXIBIT H

Dear Dr. Sharon Lewis,

Ma'am I am writing to you to seek your assistance.
My name is Christopher A. Lynch, GDC#1000768589, and I
am currently a inmate at Valdosta State Prison where
Dr. Raymond Moody is the chief medical provider. I am a
transsexual seeking evaluation and care and treatment for
my Gender Identity Disorder (GID). SOP VH47-0006,
unfortunately, appears to be a blanket-administrative policy
which precludes my reception of treatment based soley
upon the fact that I did not recieve care properly,
meaning under the direct supervision of a physician, prior to
my incarceration.

The policy doesn't address my individual medical needs or
even permit my evaluation, but masses me under a blanket.
I have symptoms which are both psychological and physical,
including: pain in legs, chest and back, nausea, vomiting,
dizziness, acid reflux, headaches, hot-sweats, depression,
anxiety, lethargy and preoccupations with castration and
vaginalplasty. My serious medical need is not be even
addressed, least of all treated, as provided under the
Harry Benjamin Standards of Care, and the American



Psychiatric Association's DSM IV and V.

Dr. Lewis, ma'am, as the Georgia Department of Corrections' chief medical official you can help me. My care and treatment (as every inmate's) should be based upon and individual, personalized evaluation. GID is a serious disorder. Even the National Commission on Correctional Health Care (NCCHC) states, "because inmate-patients may be under different stages of care prior to incarceration, there should be no blanket policy that restricts specific medical treatments, available only to those who recieved them prior to incarceration, or that limits GID treatment to psychotherapy."

An inmate-patient with a serious medical need, such as Schizophrenia, Diabetes, or extreme psychosis, would not be denied the contemporary and appropriate standards of care and treatment because he was not recieving such prior to imprisonment. Transsexualism or GID is a serious medical need. The Supreme Court of the United States held that transsexualism was, "a rare psychiatric disorder in which a person feels persistently uncomfortable about his or her anatomical sex, and who typically seeks medical treatment, including hormone therapy..., to bring about a permenent change." - see Farmer v. Breman, 511 U.S. 825, 829 (quoting American Medical Association, Encyclopedia of Medicine 1006 (1989)). Other Federal Courts have recognized transsexualism as, "a very complex medical and psychological problem." Pinneke v. Preisser, 623 F. 2d 546 (8th. Cir. 1980); Doe v. Minnesota Dept of Public Welfare, 257 N.W. 2d 816, 819 (Minn. 1978);



G.B. V. Lachner, 80 Cal. App. 3d 64, 145 Cal. Rptr. 555 (1978);
J.D. V. Lachner, 80 cal. App. 3d 90, 145 cal. Rptr. 570 (1978).
Of note, in each of these cases the Courts invalidated a
state policy which "blanketed" the treatment for transsexual
inmates.

   In cases such as Grammett v. Idaho, CV05-257-5-
MHW (9th Cir. 2007); Cuoco v. Moritsugu, 222 F. 3d 99
(2nd Cir. 2000); Kosilek v. Maloney, 221 F. Supp. 2d 156
(1st Cir. D. Mass. 2002); Konitzer v. Frank, 711 F. Supp. 2d
844 (7th Cir. E.D. WISC. 2010); Barrett v. Coplan, 292
F. Supp. 2d 281 (1st District. D.N.H. 2005); Allard v. Gomez,
9 Fed. Appx. 793, 2001 U.S. APP LEXIS 13321 (9th Cir. 2001);
Fields v. Smith, 712 F. Supp. 2d 830 (7th Cir. E.D. WISC 2010),
the Courts decided that necessary medical care had been
denied because care, or lack of, was based on rigid
prison policy, not the prisoners individual medical condition
and needs.

   In conclusion, to deny me care and treatment for
my transsexualism soley based upon some GDC policy that
is old and arguably prejudicial (if not unconstitutional)
just because I took treatment without a physician
prior to my incarceration is injust. I do have a serious
medical need, I do have a need of treatment, and you
are one of the few Georgia Department of Corrections'
officials who can help me. I'm beseeching you, I'm
begging you to permit treatment for my GID.



Please, Dr. Lewis, help me to recieve the treatment I was recieving ( Delestrogen shot, 40cc 1MG twice a month; Estradiol, 5MG twice a day; Spironolactone, 25MG twice a day; and Finesteride, 25MG twice a day) outside, although admittedly not under a physician. Thank you in advance for your kindness and help. I await your reply.

Respectfully,

Christopher L. Lynch, MS.D., O.M.
GDC#1000768589

Carbon
Copy

①

EXIBIT I

August 20, 2013
Georgia Department of
Corrections
P.O. Box 1529
Forsyth, GA 31029

Dear Dr. Billy Nichols,

Sir I am writing to you to seek your assistance. My name is Christopher A. Lynch, GDC#1000768589, and I am currently an inmate at Valdosta State Prison where Dr. Raymond is the chief medical official. He told me I'd be better off writing you. I am a transsexual seeking evaluation, and care and treatment for Gender Identity Disorder (GID). Unfortunately, S.O.P. VH47-0006 appears to be a blanket administrative policy which precludes my reception of treatment soley because I did not recieve care "properly", meaning under the direct supervision of a physician prior to my incarceration

The policy doesn't address my individual medical needs or even permit my evaluation, but covers me under a blanket policy designed to compartmentalize the needs of all transsexual inmates. I have symptoms which are both physical and psychological, including: pain in legs, chest and back, nausea, vomiting, dizziness, acid reflux, headaches, hot-sweats, depression, anxiety, lethargy, and preoccupations with castration and vaginalplasty. My serious medical need has not been addressed, least of all treated, properly under



the Harry Benjamin Standards of Care, and the American Psychiatric Association's DSM IV and V.

Dr. Nichols, sir, as one of the chief medical officials for the Georgia Department of Corrections you can help me. My care and treatment (as every inmate's) should be based upon the needs of my condition and individual, personalized evaluation. GID is a serious disorder. Even the National Commission on Correctional Health Care (NCCHC) states, "because inmate-patients may be under different stages of care prior to incarceration, there should be no blanket policy that restricts specific medical treatments, available only to those who recieved them prior to incarceration, or that limits GID treatment to psychotherapy."

An inmate-patient with a serious medical need, such as Schizophrenia, Diabetes, or extreme Psychosis, would not be considered ineligible for the contemporary and appropriate Standards of Care and treatment because he was not recieving such prior to imprisonment. Transsexualism or GID is a serious medical need. The Supreme Court of the United States held that transsexualism was, "a rare psychiatric disorder in which a person feels persistently uncomfortable about his or her anatomical sex, and who typically seeks medical treatment, including hormone therapy... to bring about a permanent change." -see Farmer v. Brennan, 511 U.S. 825, 829 (quoting American Medical Association, Encyclopedia of Medicine 1006 (1989)). Other federal Courts have recognized transsexualism as, "a very complex medical and psychological



problem." <u>Pinneke v. Preisser</u>, 623 F. 2d 546 (8th Cir. 1980); <u>Doe v. Minnesota Dep't of Public Welfare</u>, 257 N.W. 2d 816, 819 (Minn. 1978); <u>G.B. v. Lackner</u>, 80 cal. App. 3d 64, 145 cal. Rptr. 555 (1978); <u>J.D. v. Lackner</u>, 80 cal. App. 3d 40, 145 cal. Rptr. 570 (1978). Of note, in each of these cases the Courts invalidated a state policy which "blanketed" the treatment of and for transsexual inmates.

In addition, in cases such as <u>Grammett v. Idaho</u>, cv05-257-S-MHW (4th. Cir. 2007); <u>Cuoco v. Moritsugu</u>, 222 F. 3d 99 (2nd Cir. 2000); <u>Kosilek v. Maloney</u>, 221 F. Supp. 2d 156 (1st Cir. D. Mass. 2002); <u>Konitzer v. Frank</u> 711 F. Supp. 2d 844 (7th Cir. E.D. WISC. 2010); <u>Barrett v. Coplan</u>, 242 F. Supp. 2d 281 (1st. Cir. D.N.H. 2005); <u>Allard v. Gomez</u>, 9 Fed. Appx. 793, 2001 U.S. App. LEXIS 13321 (9th. Cir. 2001); <u>Fields v. Smith</u>, 712 F. Supp. 2d 830 (7th Cir. E.D. WISC. 2010), the Courts also decided that necessary medical care had been denied because care, or lack of, was based on rigid prison policy, not the prisoner's individual medical condition and needs.

In conclusion, to deny me care and treatment for my transsexualism solely based upon some rigid GDC policy that is old and arguably prejudicial (if not unconstitutional) just because I took treatment without a physician prior to my incarceration is unjust. I have a serious medical need, I have a need for treatment, and you can help me Dr. Nichols, sir. I'm beseeching you, I'm begging you to permit treatment for my GIB.

④

Please, Dr. Nichols, help me to recieve the treatments I was taking for years (Delestrogen shot, 40 cc 1MG twice a month; Estradial, 15MG twice a day; Spironolactone, 25MG twice a day; Finestaride, 25MG twice a day) outside. Thank you in advance for your kindness and help. I await your reply.

Respectfully,

Christopher L. Lynch, MS.D,O.M.
G.DC# 1000768689

REQUEST FOR INDIGENT POSTAGE

MISC50.REV11/98

EXHIBIT 2
POST

(2) NON-LEGAL FIRST CLASS POSTAGE (Maximum—three
stamps per week

AMOUNT

( ) LEGAL POSTAGE (Maximum—five)
stamps per week

AMOUNT

( ) SPECIAL MAILING (Maximum—one)
mailing per month

I fully understand that the funds for the purchase of indigent postage
will be a loan from the Inmate Benefit Fund. If I receive any funds to my
account, I will be required to reimburse the Inmate Benefit Fund in accordance
with SOP IIB04-0001, Inmate Mail and Receipt of Funds.

Christopher Lynch  ID Number  100740884   DATE  9/23/13

INMATE SIGNATURE

EWilliams   Valdosta State Prison   DATE  SEP 2 3 2013
SIGNATURE OF VERIFYING STAFF  Counselor   Business Office   Received

**********************************************************************

TO BE COMPLETED BY COUNSELOR

NON-LEGAL POSTAGE USED:

| | MAILED TO | DATE | AMOUNT |
| DATE 9/23 | GDC Dr. Sharon Lewis | | .46 |
| | GDC Dr. Billy Nichols | | .46 |

LEGAL POSTAGE USED:

| | MAILED TO | | AMOUNT |
| DATE | | | |

September 26, 2013
Georgia Department of
Corrections, Gibson Hall, 1st Floor
300 Patrol Rd, Forsyth, GA
31029. (P.O. Box 1529)
Office of Sharon Lewis, M.D.

EXIBIT K

Dear Dr. Lewis,

My name is Christopher A. Lynch, GDC# 1000768589.
I wrote to you and Dr. Billy Nichols last month
concerning my transsexualism, or Gender Identity
Disorder. I never heard back from you, ma'am, so I
decided to write you again. I'm writing to ask that
you permit that I be treated for my condition and
that you invalidate S.O.P. VH47-0006. I don't
believe that you or your staff would deny appropriate
forms of care to a Schizophrenic inmate-patient
simply because he was not being treated before
incarceration; so why would you deny appropriate
forms of care to an inmate-patient with GID?
Could you please help me or atleast write me and
explain to me why not? It would really help
ease my mind. Thank you and I await
your reply.

Respectfully,

Christopher Lyn
GDC# 10007

P.S: Could you please
send me a copy of VH47-0006?

September 26, 2013
Georgia Department of
Corrections. Gibson Hall
300 Patrol Rd. Forsyth, GA
31029. P.O. Box 1529
Office of Billy Nichols, M.D.

EXIBIT L

Dear Dr. Nichols,

My name is Christopher A. Lynch, GDC#1000768589.
I wrote to you and Dr. Sharon Lewis last month
concerning my transsexualism, or Gender Identity
Disorder. I never heard back from you, sir, so I
decided to write you again. I'm writing to ask that
you permit that I be treated for my condition and
that you invalidate S.O.P. VH47-0006. I don't
believe that you or your staff would deny appropriate
forms of care to a Schizophrenic inmate patient
simply because he was not being treated before
incarceration; so why would you deny appropriate
forms of care to an inmate patient with GID?
Could you please help me or atleast write me and
explain to me why not? It would really help
ease my mind. Thank you and I await your
reply.

Respectfully
Christopher Lynch
1000768589

P.S. Could you please send
me a copy of VH47-0006?

EXIBIT M

ATTACHMENT 3
SOP IIB05-0001
5/15 2005

### WITNESS STATEMENT

| PLACE | DATE | TIME | FILE NUMBER |
|---|---|---|---|
| Valdosta state Prison EI-7011/06/13 | | 11.37am | |

| LAST NAME, FIRST NAME, MIDDLE NAME | EMPLOYEE ID NUMBER | STATE ID NO. |
|---|---|---|
| mccall Gary Jahmeil | | 728670 |

INSTITUTION OR ADDRESS
Valdosta state Prison

### SWORN STATEMENT

I, Gary Jahmeil mcall, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I have been housed in the cell with inmate Christopher Lynch for about 3 weeks and since the date he became my cellmate inmate Christopher Lynch has behaved as a woman would even stating a number of times "I want to cut my nuts off," he has also asked me to removed them with a razor a number of times as well. ——————— G mcall

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 1 PAGES |
|---|---|---|
| | GJM | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced)

_EXHIBIT N_

**GEORGIA DEPARTMENT OF CORRECTIONS**

Name _Christopher A. Lynch_

**Health Services Request Form**

State ID or SSN _1000768589_

DOB _12/31/80_     Race _____     Sex _____

DO NOT FILE THIS FORM IN THE HEALTH RECORD

Housing Unit or Dorm Location _D-1-73B_

**REQUEST**     Inmate may check all statements that apply and submit to medical this entire form. Do not tear off yellow copy.

☑ **I wish to be seen at** ☑ **Medical** ☐ **Dental** ☐ **Other sick call** for the following reason(s):

_for pain and vomiting, nausea, dizziness and headaches and bad acid reflux_

☐ **I do not wish to be seen at sick call,** however, I need:
  ☐ Medication refilled ( specify ) _____
  ☐ Over-the-counter medication ( explain ) _____
  ☐ Lab test results information ( specify ) _____
  ☐ Appointment information regarding ( specify ) _____
  ☐ Other ( specify ) _____

☐ **I wish to cancel a previous sick call request dated** ____/____/____

Inmate Signature: _Christopher Lynch_     Date signed: _8/5/13_

**DISPOSITION**     Inmate: Do not write in this section. Medical personnel only.     Date received: ____/____/____

Disposition: _seen in sick call_

Medical Staff Signature: _Gloria Franklin_     Date signed: _8/6/13_

**HEALTH SERVICES REPLY** Inmate: Do not write in this section. Medical will forward the inmate yellow copy with reply.

Name: _Lynch, Christopher_     State ID or SSN _1000768589_     Housing Unit / Dorm _D-121_

Response: _Referred 8-15-13_

Staff Signature: _Gloria Franklin_     Date signed: _8/6/13_

*******************************************************************

| | | | | |
|---|---|---|---|---|
| Offender Name: | LYNCH, CHRISTOPHER ANDREW | | GDC ID: 1000768589 | |
| House: B-2 | Bed: 60-B | Age: 22 | Security Level: CLOSE | |

| Date | Activity Name | Start Time | End Time | Report To | Activity Location |
|---|---|---|---|---|---|
| 09/16/2013 | MENTAL HEALTH COUNSELOR APPT. | 07:40 | 09:40 | EDUCATION BUILDING | ED-61 |
| Comments: | MCCOY | | | | |

...F OR GRIEVANCE AT COUNSELOR'S LEVEL

ATE'S NAME: Lynch Christopher   I.D. #: 1000768589

I ACKNOWLEDGE RECEIPT OF GRIEVANCE APPEAL NUMBER 154502 FROM THE ABOVE INMATE.

DATE: 9/16/13   COUNSELOR'S SIGNATURE: J Lozano

PI-2001 (REV. 10/01/98)

RETENTION SCHEDULE: Upon completion, a copy of this form will be placed in a file in the Grievance Coordinator's office.

EXHIBIT O

| Offender Name: | LYNCH, CHRISTOPHER ANDREW | | | GDC ID: 1000768589 | |
|---|---|---|---|---|---|
| House: D-1 | Bed: 73-B | | Age: 22 | Security Level: CLOSE | |

| Date | Activity Name | Start Time | End Time | Report To | Activity Location |
|---|---|---|---|---|---|
| 08/09/2013 | MENTAL HEALTH COUNSELOR APPT. | 07:40 | 09:40 | EDUCATION BUILDING | ED-61 |
| Comments: | MCCOY | | | | |
| 08/09/2013 | GENERAL LIBRARY SESSION | 09:00 | 09:40 | EDUCATION BUILDING | LIBRARY |
| Comments: | INDIGENT SUPPLIES | | | | |
| 08/09/2013 | MEDICAL COMPLIANCE COUNSELING | 09:50 | 11:50 | VALDOSTA MEDICAL BUILDING | VALDOSTA MEDICAL |

| Offender Name: | LYNCH, CHRISTOPHER ANDREW | | | GDC ID: 1000768589 | |
|---|---|---|---|---|---|
| House: D-1 | Bed: 73-B | | Age: 22 | Security Level: CLOSE | |

| Date | Activity Name | Start Time | End Time | Report To | Activity Location |
|---|---|---|---|---|---|
| 08/07/2013 | MEDICATION COMPLIANCE COUNSELING | 09:40 | 11:40 | EDUCATION BUILDING | ED-64 |
| Comments: | DR.ROMAN/NON-COMPLIANCE | | | | |

| Offender Name: | LYNCH, CHRISTOPHER ANDREW | | | GDC ID: 1000768589 | |
|---|---|---|---|---|---|
| House: D-1 | Bed: 73-B | | Age: 22 | Security Level: CLOSE | |

| Date | Activity Name | Start Time | End Time | Report To | Activity Location |
|---|---|---|---|---|---|
| 09/05/2013 | DR COURT APPT. | 07:30 | 09:30 | EDUCATION BUILDING | EDUCATION BUILDING |
| 09/05/2013 | LAW LIBRARY | 09:40 | 11:40 | EDUCATION BUILDING | LIBRARY |
| 09/05/2013 | PHYSICIAN APPT. | 13:40 | 15:40 | VALDOSTA MEDICAL BUILDING | VALDOSTA MEDICAL |

| Offender Name: | LYNCH, CHRISTOPHER ANDREW | | | GDC ID: 1000768589 | |
|---|---|---|---|---|---|
| House: B-2 | Bed: 60-B | | Age: 22 | Security Level: CLOSE | |

| Date | Activity Name | Start Time | End Time | Report To | Activity Location |
|---|---|---|---|---|---|
| 09/23/2013 | VACCINATION - INFLUENZA | 07:40 | 09:40 | VALDOSTA MEDICAL BUILDING | VALDOSTA MEDICAL |
| 09/23/2013 | PSYCHIATRIST APPT. | 09:40 | 11:40 | EDUCATION BUILDING | ED-67 |
| 09/23/2013 | COUNSELOR APPT. | 13:30 | 14:00 | EDUCATION BUILDING | EDUCATION BUILDING |
| Comments: | MATRIX ERS CLASS ~SANFORD~ | | | | |

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME: Lynch, Christopher          I.D. #: 1000768589

I ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE OFFENDER.

DATE: 8 / 5 / 13          COUNSELORS SIGNATURE O. Hughi

RETENTION SCHEDULE: - Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

PI-2001 (REV. 10/01/98)

First level

EXHIBIT P