IN THE UNITED STATES
DISTRICT COURT
OF
MIDDLE GEORGIA

Christopher Andrew Lynch,
    Plaintiff,
v.
Sharon Lewis, M.D., et al.
    Defendants

DECLARATION OF RANDY OLLIE TOOLE

Pursuant to 28 U.S.C. §1746 I declare the following under penalty of perjury and affirm that the following is a true and correct statement:

My name is Randy Ollie Toole, GDC# 1299080, and I am competent to give testimony in this matter.

Christopher Lynch has been my friend since she first came to the dorm. Lynch has spoken to me about her Gender Identity Disorder, and various symptoms, perhaps two-dozen times. From conversations with Lynch I know that she has not had hormones, or any treatment, for some time. From conversations with Lynch I know she has the following symptoms: pain in the legs, pain in the

back, pain in her breast area, nausea, vomitting, dizziness, hot sweats and headaches. I have personally observed the hot-sweats and vomitting. I have also observed Lynch fill out several medical request forms.

From conversations with Lynch I know that she is depressed and anxious, and that she fantasizes about mutilating her male genitals so as to make them appear more feminine and in order to destroy her "male essence," as she calls it. I have noticed her depression and "zoning-out." Lynch told me that she believes the above symptoms are a result of not recieving proper care. I agree, and believe it is obvious that her condition demands treatment, such as the therapy she always talks of.

Lynch has told me in conversation that the Defendants are depriving her care because of a Georgia Department of Corrections' policy. To the best of my knowledge, based upon observation and conversations with Lynch, she has not recieved any care whatsoever.

This 2 September, 2013.

X _____
Randy O. Toole
GDC# 1299080

Sonja Wilson
9/3/13

IN THE UNITED STATES
DISTRICT COURT
OF
MIDDLE GEORGIA

Christopher A. Lynch, MS.D.,
plaintiff

v.

Sharon Lewis, M.D., et al,
defendants.

SECOND DECLARATION OF
RANDY OLLIE TOOLE, JR.

Pursuant to 28 U.S.C. §1746 the undersigned affirms that the testimony herein is true and accurate to the best of his knowledge:

I have observed cuts on the left wrist of Lynch, and on the inner right thigh. Some are old and scarred, and others seem fresher. When I asked Lynch why she was still cutting on herself, she stated "because noone cares anyway. They don't care if I die or even cut of my balls. Cutting helps me feel better, and I hope to build up the courage to perform castration on myself if they won't treat me."

When I asked Lynch who "they" w

(in order to be certain), she stated "the doctors, Lewis and Nichols." I'm really afraid for Lynch, and at this point I am convinced that she is truly distressed. I am concerned that she may permanently injure or disfigure herself if she is not treated soon. I think she is breaking, and I am afraid that once broken Lynch will be irreparable.

This ROT 24th day of November, 2013.

Randy O. Toole, Jr.
GDC# 1299080
X. Randy Toole