IN THE UNITED STATES
DISTRICT COURT
OF
MIDDLE GEORGIA

Filed at 8:40 A M
DATE 2/24/14
SD
DEPUTY CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

Christopher A. Lynch, MS.D.,
plaintiff

7:14-CV-24

V.

Sharon Lewis, M.D., et al.

MOTION FOR FEMININE FORM OF ADDRESS AND USE OF FEMALE PRONOUNS

Now Comes the Plaintiff and humbly moves this Court to permit reference and refer to the Plaintiff as 'Dr. Lynch', 'Ms. Lynch', 'She' and 'her'; instead of 'Mr. Lynch', 'he' and 'him.' The plaintiff is transsexual, identifies as a female and resembles a female in appearance, manner and speech. Precedence for Plaintiff's request can be found in cases such as Glenn v. Brumby, 724 F. Supp. 2d 1284 (11th Cir.); Farmer v. Perrill, 278 F.3d 958 (10th. Cir. 2001); Schwenk v. Heartford, 204 F.3d 1187 (9th Cir. 2000); Brown v. Zavaras, 63 F.3d 967 (10th. Cir. 1998); and Barrett v. Coplan, 292 F. Supp. 2d 281 (1st. Dist. D.N.H. 2005).

Wherefore, I pray this motion be granted.

~~[illegible]~~
2/17/14
(CL)

Respectfully
[signature]
1000768588