IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**CHRISTOPHER A. LYNCH**,

    Plaintiff,

v.

**SHARON LEWIS, M.D. and BILLY NICHOLS, M.D.**,

    Defendants.

Civil Action No. 7:14-CV-24 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 11), entered March 24, 2014. Following a preliminary screening pursuant to 28 U.S.C. § 1915A(a), Judge Langstaff recommends dismissal of Plaintiff's equal protection claims (Count VII), state law claims (Count IV), and "Declaration of Human Rights" claims (Count V) for failure to state a claim.

On April 7, 2014, Plaintiff filed her Objection to Magistrate's Order on Motions and Objection to Case Caption (Doc. 17). These objections appear to address the Magistrate's March 24, 2014 Order pertaining to various relief requested by Plaintiff (Doc. 12) and not to the Report and Recommendation (Doc. 11). Plaintiff did not file objections to the rulings set forth in the Recommendation.

The Court reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts and adopts the Recommendation. Plaintiff's equal protection claims, state law claims, and "Declaration of Human Rights" claims are dismissed. Plaintiff may proceed with her Eighth Amendment claims (Counts I, II, III, and VI).

**SO ORDERED**, this 7th day of May, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks