IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHRISTOPHER A. LYNCH, | |
| Plaintiff, | Civil Action No.: |
| v. | 7:14-CV-0024-HL-TQL |
| SHARON LEWIS, M.D., and BILLY NICHOLS, M.D., | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff Christopher A. Lynch and Defendants Sharon Lewis, M.D., and Billy Nichols, M.D., pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), and submit this joint stipulation dismissing all of Plaintiff's claims in this action without prejudice.

Respectfully submitted, this 2 day of July, 2015.

**For Plaintiff:**

Christopher A. Lynch
Pro Se

**For Defendants:**

Deborah Nolan Gore
Assistant Attorney General
Georgia Bar No. 437240

1

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the within and foregoing **JOINT STIPULATION OF DISMISSAL** by depositing a copy thereof, postage prepaid, in the United States Mail, properly address upon:

Christopher A. Lynch
GDC #1000768589
Valdosta State Prison
Post Office Box 310
Valdosta, GA 31603

This 2nd day of July, 2015.

                                            *s/ Deborah Nolan Gore*
                                            DEBORAH NOLAN GORE  137340
                                            Assistant Attorney General

Please Address All
Communications To:

Deborah Nolan Gore
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Telephone: (404) 463-8850
Facsimile: (404) 651-5304
Email: dgore@law.ga.gov